Sandra PADILLA; Victor Sanchez; Rosa Andrade, Plaintiffs– Appellants,

v.

Rosalyn LEVER, in her official capacity as Registrar of Voters, Orange County Registration and Elections Department; Suzanne Slupsky, in her official capacity as Assistant Registrar of Voters, Orange County Registration and Elections Department, Defendants–Appellees,

and

Vivian Martinez, Defendant.

No. 03–56259.

United States Court of Appeals, Ninth Circuit.

April 28, 2006.

Thomas A. Saenz, Esq., Steven J. Reyes, Esq., Mexican American Legal Defense &

Educational Fund (MALDEF) Voting Rights Attorney, Los Angeles, CA, for Plaintiffs–Appellants.

Benjamin P. de Mayo, Esq., Wendy J. Phillips, Esq., Orange County Counsel's Office, Hall of Administration, Santa Ana, CA, for Defendants–Appellees.

Michael Strumwasser, Esq., Strumwasser & Woocher, Santa Monica, CA, for Defendant.

Before MARY M. SCHROEDER, Chief Judge.

## ORDER

A majority of the en banc court has voted to withdraw the opinion of the three judge panel.

IT IS SO ORDERED.